IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MUNCHKIN, INC., <br><br>    Plaintiff, <br><br> v. <br><br>TOMY INTERNATIONAL, INC. <br><br>    Defendant. | Case No. 1:18-cv-6337 |
| **TOMY INTERNATIONAL, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW** | |

  Defendant TOMY International, Inc. ("TOMY"), by and through its undersigned counsel, hereby moves under Rule 50(a) of the Federal Rules of Civil Procedure to respectfully request that this Court enter judgment as a matter of law in TOMY's favor on Plaintiff Munchkin, Inc.'s ("Munchkin") claims for: (1) infringement of U.S. Patent No. D744,281 (the "'281 Patent"); (2) a finding of willful infringement of U.S. Patent No. 9,888,796 (the "'796 Patent") and (if applicable) the '281 Patent; (3) request for pre-issuance damages as related to the '796 Patent; and (4) lost profits. Munchkin has been fully heard on each of these counts, and no reasonable jury would have a legally sufficient evidentiary basis to find in Munchkin's favor on any of the foregoing claims.

  This motion is further supported by Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law.

  Accordingly, TOMY respectfully requests that the Court grant its Motion to for Judgment as a Matter of Law.

1

Dated this 10th day of September, 2025.

        HUSCH BLACKWELL LLP
        Attorneys for TOMY International, Inc.

By: */s/ Thomas P. Heneghan*
       Thomas P. Heneghan
       Natalia S. Kruse
       33 East Main Street, Suite 300
       Madison, Wisconsin 53703
       608.255.4440
       608.258.7138 (fax)
       Tom.Heneghan@huschblackwell.com
       Natalia.Kruse@huschblackwell.com

       Avery Hitchcock
       511 N. Broadway, Suite 1100
       Milwaukee, Wisconsin 53202
       414.273.2100
       414.223.5000 (fax)
       Avery.Hitchcock@huschblackwell.com