IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MUNCHKIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOMY INTERNATIONAL, INC. <br><br> Defendant. | Case No. 1:18-cv-6337 |

**DEFENDANT TOMY INTERNATIONAL, INC.'S RENEWED MOTION
FOR JUDGMENT AS A MATTER OF LAW
OR, IN THE ALTERNATIVE, A NEW TRIAL**

Defendant TOMY International, Inc. ("TOMY"), by and through its undersigned counsel, hereby moves under Rule 50(b) of the Federal Rules of Civil Procedure to respectfully request that this Court enter judgment as a matter of law in TOMY's favor on Plaintiff Munchkin, Inc.'s ("Munchkin") claims for: (1) infringement of U.S. Patent No. D744,281 (the "'281 Patent"); (2) willful infringement of U.S. Patent No. 9,888,796 (the "'796 Patent") and the '281 Patent; (3) pre-issuance damages as related to the '796 Patent; (4) the calculation of profits to be disgorged for infringement of the '281 Patent; and (5) lost profits for infringement of the '796 Patent. After a full trial on each of these issues, the jury did not have a legally sufficient evidentiary basis to find in Munchkin's favor on any of the foregoing claims.

Notwithstanding the foregoing, and in the alternative, TOMY moves, under Rule 59 of the Federal Rules of Civil Procedure, for a new trial because the jury's verdict on each of the five issues listed above was against the manifest weight of the evidence.

1

This motion is further supported by TOMY's Memorandum in Support of its Renewed Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial, filed contemporaneously herewith.

Accordingly, TOMY respectfully requests that the Court grant its Renewed Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial.

Dated this 10th day of October, 2025.

> HUSCH BLACKWELL LLP
> Attorneys for TOMY International, Inc.
>
> By: */s/ Thomas P. Heneghan*
> Thomas P. Heneghan
> Natalia S. Kruse
> 33 East Main Street, Suite 300
> Madison, Wisconsin 53703
> 608.255.4440
> 608.258.7138 (fax)
> Tom.Heneghan@huschblackwell.com
> Natalia.Kruse@huschblackwell.com
>
> Avery Hitchcock
> 511 N. Broadway, Suite 1100
> Milwaukee, Wisconsin 53202
> 414.273.2100
> 414.223.5000 (fax)
> Avery.Hitchcock@huschblackwell.com